# EXHIBIT I

Honorable Judge Fernando Olguin,

I am before you today, ashamed of my decisions and my actions. I have embarrassed my family and myself. I accept full responsibility and am very remorseful. I hope that this day helps put an end to this horrible series of events and brings peace to everyone involved.

Almost three years ago when I was arrested, I was a consistent abuser of cocaine and alcohol. It was my only retreat. Today, I stand before you sober and aware despite being surrounded by the temptation every day.  There are not many things I can be proud of with regards to this situation, but I am proud to say that I am clean and sober.  I spent a lifetime running from psychological hurt and damage, only to become a cause of it myself. It has taken me a while to write that last sentence, knowing the insurmountable pain and loss I have caused.

I will make absolutely no excuse for my behavior.

I am a 55 year old survivor of cancer, long covid, and severe diabetes. I'm a survivor because I decided to finish this and become a good father to my children. They don't deserve this, they deserve a better version of me who will listen to them and guide them. That is exactly what I strive to do and become. I have been incarcerated for about three years now, I use my time to study, help others and attend classes and workshops that help guide my own reaction and behavior. I really want to leave prison rehabilitated, not just punished. I give you my word, I'm working on it.

Thank you for your time. It truly means a great deal to me that you read this.


Davyd Brand

Reg. No. 81767-308